UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------------
                                              :
DELORES M. KARNOFEL,                          :
                                              :        CASE NO. 4:14-CV-00135
              Plaintiff,                      :
                                              :
v.                                            :        JUDGMENT
                                              :
CAROLYN W. COLVIN,                            :
ACTING COMMISSIONER OF SOCIAL                 :
SECURITY,                                     :
                                              :
              Defendant.                      :
                                              :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        The Court has issued its opinion on Magistrate Judge Limbert's recommendation that the

Court dismiss Plaintiff Karnofel's complaint.  For the reasons stated in that opinion, the Court

**ADOPTS** in whole Magistrate Judge Limbert's Report and Recommendation and incorporates it

herein by reference.  The Court **DISMISSES** Plaintiff Karnofel's complaint.  Accordingly, this

action is terminated under Federal Rule of Civil Procedure 58.


IT IS SO ORDERED.

Dated: July 1, 2015                          s/        *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE